**ALDRIDGE | PITE, LLP**
Laurel I. Handley
Nevada Bar No. 9756
Cuong M. Nguyen
Nevada Bar No. 11228
7220 S. Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
Email: nvfilings@aldridgepite.com

Attorneys for *Defendant* NISSAN MOTOR ACCEPTANCE COMPANY LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL KNAPP,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC; and NISSAN MOTOR ACCEPTANCE COMPANY LLC,<br><br>    Defendants. | Case No.: 2:21-cv-02084-JAD-BNW<br><br>Hon. District Judge Jennifer A. Dorsey<br>Hon. Mag. Judge Brenda Weksler<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT NISSAN MOTOR ACCEPTANCE COMPANY LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court, defendant Nissan Motor Acceptance Company LLC ("NMAC") and plaintiff Joel Knapp ("Plaintiff," and together with NMAC, the "Parties"), through their respective attorneys of record, hereby jointly move the Court for an order extending the deadline for NMAC to respond to Plaintiff's complaint [Dkt. No. 1] (the "Complaint").

On November 20, 2021, Plaintiff commenced this action by filing the Complaint against NMAC, among others. On November 30, 2021, NMAC was formally served with the Complaint and corresponding Summons. Based on the date of service of the Complaint, NMAC's current response deadline is December 21, 2021.

/ / /

NMAC recently retained Aldridge | Pite, LLP to represent its interests in this action. To afford NMAC's counsel adequate time to review the Complaint and investigate the allegations contained therein, NMAC's counsel requested an extension and Plaintiff's undersigned counsel has agreed to extend NMAC's deadline to respond to the Complaint by fourteen (14) days.

Upon agreement by and between the Parties hereto as set forth herein, the undersigned respectfully requests this Court enter an order extending NMAC's deadline to respond to the Complaint from December 21, to January 4, 2022. By filing this motion, none of the Parties waives any rights they have under statute, law, or local rule with respect to Plaintiff's Complaint.

Dated:  December 20, 2021

| ALDRIDGE | PITE, LLP | FREEDOM LAW FIRM |
|---|---|

By: /s/ Cuong M. Nguyen
Cuong M. Nguyen, Esq.
Nevada Bar No. 11228
7220 S. Cimarron, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (702) 685-6342

Attorneys for *Defendant* NISSAN MOTOR ACCEPTANCE COMPANY LLC

By: /s/ Gerardo Avalos
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

Attorneys for *Plaintiff* JOEL KNAPP

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2021