George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Joel Knapp*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joel Knapp, | Case No.: 2:21-cv-02084-JAD-BNW |
| Plaintiff(s,) | **Stipulation and Order of Dismissal** |
| v. | |
| Equifax Information Services LLC; and Nissan Motor Acceptance Company LLC, | ECF No. 24 |
| Defendant(s.) | |

 Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Joel Knapp and Nissan Motor Acceptance stipulate to dismiss Plaintiff's claims against Nissan Motor Acceptance with prejudice.

STIPULATION             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 21, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Joel Knapp*

**Aldridge | Pite, LLP**

/s/ Cuong Nguyen
Cuong Nguyen, Esq.
4375 Jutland Dr.
San Diego, CA 92117
*Counsel for Nissan Motor Acceptance*

### ORDER

Based on the parties' stipulation [ECF No. 24] and good cause appearing, and because this stipulation resolves all remaining claims, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 9, 2022

STIPULATION - 2 -